UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SCANNED

Jonathan Lee, Riches© A/K/A
"Secured Party",
Plaintiff

vs.

CASE NO: 07-124-PS

Federal Judicial System,
All United States Federal Judges,
United States Marshalls,
Tiger Woods,

Defendants

Scanned by: ____
Folder Location: Man
File Name: 9207CV124
Names of Attachments
any ____

## Complaint
"The Poisoning of My Mind"

This is a complaint under 42 USC 1983, Federal and States Civil Rights violations, Federal tort claims, and crimes against plaintiff humanity and the following federal crimes Defendant's acted on: Identity theft, Credit card fraud, wire fraud, Postal fraud, injury to wildlife, extortion, Social security fraud, Securities Fraud, Treason, copyright violations

Comes Now the plaintiff Jonathan Lee, Riches© A/K/A "Secured Party", In Pro-Se, Moves this honorable Court to issue a order for all Defendants Named in this Suit to respond

RICHES v. FEDERAL JUDICIAL SYSTEM et al    Doc. 1

Moves this honorable court to issue a (TRO) temporary restraining order against Defendants to have no contact with Plaintiff. As Plaintiffs 1st, 3rd, 4th, 6th, 8th, 14th constitutional amendment rights are being violated. Relief requested, Plaintiff seeks 213,529,000,000,000.00 Trillion dollars delivered by FedEx shipping backed by gold and Silver to FCI Williamsburg, Salters, S.C.

### Count 1

The Federal Judicial System is in a vast conspiracy with Tiger Woods to steal my Identity and get credit in my Name. U.S. Marshalls have a secret headquarters in Portland Maine.

### Count 2

April 20th, 2006 - United States Federal Judges stole my copyrighted name and sold it to google.com, who defamed me with lies on google. (google "Jonathan Lee Riches")

### Count 3

Tiger Woods is touring the PGA golf courses with my Identity in his pocket. He will not answer my prison phone calls - this continues today

### Count 4

- U.S. Marshalls Laugh at me through the prison venelation system
- United States Federal Judges plead Alliegence to Al-qaeda
- All Defendant's are involved with the trading with Enemy act as my Identification was sold to PKK rebels in exchange for Military secrets
- Plaintff asks a restraining order against Defendants and Defendant's vehicles to prevent any contact with me via physical and my mind

### Count 5

April 19th 2007 - Defendants stole my Luggage
April 15th 2007 - Defendant's Secretly took my DNA

Plaintff prays that this respected honorable court Finds relief for me.

respectfully
Submitted

Jonathan Lee, Riches ©
U.C.C. 1-308

Jonathan Lee, Riches ©
"Secured Party"
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

[ DUE to Restrictions on typewriters this suit was hand written ]