UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-124-P-S |
| | ) |
| FEDERAL JUDICIAL SYSTEM, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On July 16, 2007, plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. Plaintiff has neither paid the required filing fee of $350.00 nor filed an application to proceed in forma pauperis together with a ledger showing the activity in Plaintiff's prisoner account with the place of his confinement for the last six months, AND a certification signed by an authorized individual from the institution of incarceration as to the authenticity of the ledger. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... obtained from the appropriate official of each prison at which [he] is or was confined") (emphasis added).

I also put Riches on notice that, should he elect to proceed in forma pauperis and incur the expense of this action, his complaint is susceptible to dismissal under 28 U.S.C. § 1915(e)(2)(B).

The Clerk is hereby directed to forward a form Application to Proceed *In Forma Pauperis*, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file an Application to Proceed *In Forma Pauperis*, or pay the filing fee of $350, no later than August 6, 2007, failing which a recommendation that this matter be dismissed for lack of prosecution may issue.

*SO ORDERED*

July 17, 2007                                              /s/ Margaret J. Kravchuk
                                                          U.S. Magistrate Judge