UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JONATHAN LEE RICHES )
)
)
       Plaintiff )
)
v. ) Civil No. 2:7-124-P-S
)
FEDERAL JUDICIAL SYSTEM, et als. )
)
       Defendants )

## RECOMMENDED DECISION

On July 16, 2007, I issued an Order that Plaintiff either pay the required filing fee or file a properly completed application for leave to proceed *in forma pauperis*, by August 6, 2007 failing which I would issue a recommendation that the action be dismissed. As of today's date, Plaintiff has neither paid the required filing fee nor filed a properly completed application for leave to proceed *in forma pauperis*.

Accordingly, it is recommended that the Complaint be **DISMISSED.**

### NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

August 8, 2007

       /s/ Margaret J. Kravchuk
       U.S. Magistrate Judge

Dockets.Justia.com