UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JONATHAN LEE RICHES

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) Civil No. 2:7-124-P-S |  |
|  | ) |  |
| FEDERAL JUDICIAL SYSTEM, et als. | ) |  |
|  | ) |  |
| Defendants | ) |  |

## RECOMMENDED DECISION

On July 16, 2007, I issued an Order that Plaintiff either pay the required filing fee or file

a properly completed application for leave to proceed *in forma pauperis*, by August 6, 2007

failing which I would issue a recommendation that the action be dismissed.  As of today's date,

Plaintiff has neither paid the required filing fee nor filed a properly completed application for

leave to proceed *in forma pauperis*.

Accordingly, it is recommended that the Complaint be **DISMISSED.**

## NOTICE

A party may file objections to those specified portions of a magistrate
judge's report or proposed findings or recommended decisions entered pursuant
to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court
is sought, together with a supporting memorandum, within ten (10) days of being
served with a copy thereof.  A responsive memorandum shall be filed within ten
(10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de
novo* review by the district court and to appeal the district court's order.

August 8, 2007

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge