UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Jonathan Lee Riches © A/K/A
"Sue-perman"

V.

FEDERAL JUDICIAL SYSTEM, et als.

U.S. DISTRICT COURT
BANGOR, MAINE
CIVIL NO. 2:07-124-LDS

2007 AUG 24  A 10: 16

BY _____
DEPUTY CLERK

## NOTICE OF APPEAL

## MOTION FOR JUDGE RECUSAL UNDER 28 USC 455 (A)(B)

Comes Now the Plaintiff Jonathan Lee Riches © A/K/A "Sue-perman",
In pro-se, Moves this Honorable Court to Appeal Judge Margaret J.
Kravchuk's August 8, 2007 ruling dismissing Plaintiff's complaint.

The Federal Judicial System is in a vast conspiracy with my Michael
Vick suit in Virginia, Animal Liberation front, Maine Spring drinking water,
this Courthouse to silence me exposing skeleton witchcraft and the
participation in the Polly Klaas Kidnapping that Defendants committed.
Defendants have a financial interest with prison sweat shops using
Unicor call centers contracted with Jingle Networks. Defendants and
Jingle Networks use federal inmates at FCI Williamsburg to answer 1800-
free 411 calls. This is a danger to society. Jingle Networks and Defendants
are giving inmates access to personal phone records. Jingle Networks is
Involved illegal acts of not paying inmates min. wage. Jingle Networks
pay inmates .12¢ an hour. Defendants forced me upside down to answer
the phone.
Unknown Bullies stuffed me with candy and prison officials with a stick
hit me Like a piñata.

Scanned by: _____
Folder Location: ___ FM
File Name: 070cv124
Names of Attachments, if
any: _____

Under 28 USC 455(A)(B) — Judge Margaret J. Kravchuk failed to recuse herself from this suit. The Judge has a financial interest with the Defendants. Judge Kravchuk invested in Federal unicor Stock and has personal friendly relationships with the Defendants in this case.

I was shown bias and prejudice in this suit. The Judge saw my 9th grade Year book picture from Henderson high school in Westchester Pennsylvania

I was never given the opportunity to pay the filing fee in this suit. Outside financiers from the NYSE and venture Capitalists want to pay the filing fee. Its perceived that the clerk of court in this suit never informed me with paper instead selling JonathanLee Riches. org to the Associated press.

Judge Margaret J. Kravchuk and her family up to the 3rd degree has a financial interest with my victims of my criminal case in the Southern District of texas, House Case # H-03-90-2, this gave me a unfair hearing.

Pictures of me can be found at partyLinegaga.com. The Defendants violated my copyrighted pictures. Defendants plan of the theft of my photo Album in prison with all my personal pictures.

Defendants played voice transcripts illegally obtained throughout the 90's on the 2600.com voice BBS Bridge in long Island. My voice sounds Like Nasal

Defendants still are not feeding me. I now weigh 124.6 lbs at 5ft 10 inches, My weight continues to drop, I have pictures I will submit to the appeals court.

The Defendants blackmailed FCI warden Donald Bauknecht. I want to speak to the media, newspapers, press, but Bauknecht is violating my constitutional right to free speech denying me that right. The whole world needs to know the Jonathan Lee Riches story and the atrocities the Defendants did to me

Defendants abused and tortured fellow inmate friends of mine in different prisons i.e. Joseph "Bam Bam" Mauro, Brian and Ryan Zater A/K/A "the zater boys" in USP coleman, "old" chinese political prisoner Yuh Rung Tsang from Michigan. Defendants hired private Lyndie England and her dog leashes for torture.

CONCLUSION

Plaintiff moves to Appeal. Plaintiff moves for Judges Recusal.

Respectfully
Submitted

_Jonathan Lee Riches_
U.C.C. 1-308

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590