UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **JONATHAN LEE RICHES** ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **Civil No. 07-124-P-S** |
| **FEDERAL JUDICIAL SYSTEM, et als.** ) | |
| ) | |
| **Defendants** ) | |
| ) | |
| ) | |

ORDER AFFIRMING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on August 8, 2007, her Recommended Decision (Docket No. 3). The Plaintiff filed his Motion for Recusal of Magistrate Judge Kravchuk (Docket No. 4) and Objection to the Recommended Decision (Docket No. 5) on August 24, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.   It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Recusal of Magistrate Judge Kravchuk is **DENIED** and that Plaintiff's Complaint is hereby **DISMISSED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated:  August 28, 2007