UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JONATHAN LEE RICHES,            )
                                )
        Plaintiff,              )
v.                              )      Civil no. 07-124-P-S
                                )
FEDERAL JUDICIAL SYSTEM, et al.,)
                                )
        Defendants.             )

JUDGMENT OF DISMISSAL

    Pursuant to the Order Affirming the Recommended Decision of the Magistrate Judge entered by the Court on August 28, 2007;

    JUDGMENT of dismissal is hereby entered.

LINDA L. JACOBSON, CLERK

by: /s/Julie G. Walentine
    Deputy Clerk

Dated this 28th day of August, 2007.