UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SCANNED

Jonathan Lee Riches ©,
Plaintiff

v.

FEDERAL JUDICIAL SYSTEM, et al,
Defendants

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2007 SEP -7 P 2: 17

CIVIL NO: 07-124-P-S
_____
DEPUTY CLERK

" NOTICE OF APPEAL "

Comes Now the Plaintiff, sir Jonathan Lee Riches ©, pro-se,
Moves this Honorable Chief Judge George Z. Singal to
APPEAL Plaintiff's Motion for recusal of Magistrate Judge
Kravchuk under 28 USC 455 and Plaintiff moves to APPEAL
the Dismissal of this complaint to the Appeals Court, Plaintiff
wishes to Appeal.

Tiger Woods has golf clubs in my name. I Built all Greg Normans
golf courses world wide. I was a Maine Lumber Jack for 50 yrs
before Defendants Time warped me, left my Equipment in the
Bermuda triangle and got Frost bitten on 10/22/1986

Respectfully   Jonath Lee Rich
                Jonathan Lee Riches

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Scanned by:_____
Folder Location:_____
File Name: 07cv124app
Names of Attachments, if
any:_____

Dockets.Justia.com