# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## APPEAL COVER SHEET

| | | | |
|---|---|---|---|
| D.C. # | 2:07-cv-124 | C.C.A. # | |
| Case Title | RICHES V. FEDERAL JUDICIAL SYSTEM ET AL | | |
| Name of Counsel for Appellant(s) | | Jonathan Lee Riches, pro se | |
| Name of Counsel for Appellee(s) | | | |
| Name of Judge | | George Z. Singal | |
| Court Reporter(s) & Dates | | n/a | |
| Transcripts Ordered? | | ☐ Yes | ☒ No |
| Court Appointed Counsel? | | ☐ Yes | ☒ No |
| Fee Paid? | | ☐ Yes | ☒ No |
| In Forma Pauperis? | | ☐ Yes | ☒ No |
| Motions Pending? | | ☐ Yes | ☒ No |
| Guidelines Case? | | ☐ Yes | ☒ No |
| Related Cases on Appeal? | | ☐ Yes | ☒ No |
| C.C.A. # (if available) | | | |
| Date of Last Appeal | | | |
| Special Comments | | | |