UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JONATHAN LEE RICHES      )
                         )
v.                       )   CIVIL NO. 2:07-cv-124
                         )
FEDERAL JUDICIAL SYSTEM ET )
AL

## CLERK'S CERTIFICATE

I, Linda L. Jacobson, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Original documents #:   9   Appeal Cover Sheet
                       10   Clerk's Certificate
                            Docket Sheet
                        8   Notice of Appeal
                        7   Judgment
                        3   Recommended Decision
                        6   Order accepting R&R

Dated *September 10, 2007.*

LINDA L. JACOBSON, Clerk

By:      /s/ Julie G. Walentine
         Case Manager

Receipt of the above is hereby acknowledged this _____ day of _____, 20_____.

USCA Docket No._____

By:_____
     Case Manager